# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 24, 2014

148752

PETER DE FILIPPIS and MARIA
ROSA DE FILIPPIS,
     Plaintiffs,

v

ATTORNEY GRIEVANCE COMMISSION,
     Defendant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 148752
AGC:  2023-13

     On order of the Court, the complaint for superintending control is considered, and relief is DENIED, because the Court is not persuaded that it should grant the requested relief.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 24, 2014



h0616

Clerk